## DELORES D. STEWART *v.* LEROY STEWART

The plaintiff's petition for certification for appeal from the Appellate Court, 50 Conn. App. 762 (AC 16493), is denied.

*Delores D. Stewart,* pro se, in support of the petition.

Decided December 7, 1998

## DWIGHT RICHARD *v.* U.S. REPEATING ARMS COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 18667) is denied.

BERDON and MCDONALD, Js., did not participate in the consideration or decision of this petition.

*Dwight Richard,* pro se , in support of the petition.

*Thomas A. Mulligan, Jr.,* in opposition.

Decided December 7, 1998